# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00283-CR
## NO. 03-16-00284-CR

**Donald Lee Mitchell, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NOS. 71726 & 72952, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Donald Lee Mitchell seeks to appeal a judgment of conviction for aggravated robbery. *See* Tex. Penal Code § 29.03. The trial court has certified that (1) these are plea-bargain cases and Mitchell has no right of appeal, and (2) Mitchell has waived the right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed: May 13, 2016

Do Not Publish